Anthony J. Knowles #019161
**KNOWLES LAW FIRM, PLC**
2852 S. Carriage Lane
Mesa, Arizona 85202
(480) 247-6366
*tonyknowles@knowleslaw.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-01283-DWL-1 |
| Plaintiff, | |
| vs. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Mark Anthony Rissi, | |
| Defendant. | (Redacted Version) |

The Defendant Mark Anthony Rissi, through his attorney, submits this Sentencing Memorandum respectfully requests that the Court grant Defendant a variance and sentence Mr. Rissi to a term of imprisonment of Twelve months plus one day followed by a term of supervised release.

I. A Sentence of 12 Months 1 Day is Warranted under 18 U.S.C. §§ 3553(a)

The federal sentencing statute requires that the court tailor an individualized sentence that is "sufficient, but not greater than necessary" to comply with the purpose of 18 U.S.C. § 3553(a)(2), and, in "determining the particular sentence to be imposed, shall consider--

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;

- 1

(2) the need for the sentence imposed—

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. §§ 3553(a).

### A. The History and Character of the Defendant

Mr. Rissi was born to Donald Louis and Joan Rose Rissi in Belleville, Illinois. (PSR ¶52.) When Mr. Rissi was 14 his father passed away while serving as a pilot in the United States Air Force when his bomber crashed in Vietnam. (PSR ¶¶52-53.) After his father passed away, Mr. Rissi was primarily raised by his mother. (PSR ¶53.) Mr. Rissi described his childhood as "good" until his father passed away, and caused his family to struggle financially where he had to start working. Id.

Mr. Rissi currently resides in the Cedar Rapids, Iowa area since 2012. (PSR ¶57.)

████████████████████████████████████████

████████ Because of his physical condition, he states that it takes him approximately 1.5 hours to get out of bed in the morning and he requires the assistance of one or two canes to move depending on how he feels. Id. ████

████████████████████████████████████████

████████████

Mr. Rissi's brother Tommy, passed away in July of 2017 from an autoimmune disease. (PSR ¶52.) In 2018, Mr. Rissi's mother-in-law passed away. (PSR ¶60.) His wife Mary Ann Rissi followed when she died later that year from complications related to Alzheimer's disease. (PSR ¶¶ 55, 60.) Mr. Rissi reports that he took care of Mary Ann's every need from 2012 to 2018, while serving has her caretaker as she struggled with her condition and she dwindled physically and mentally. Mr. Rissi reports that this caused him great mental anguish. Mr. Rissi believes that he believes he experiences PTSD from these events, although he has never been in any mental health treatment. (PSR ¶¶ 60.) Subsequently, in September of 2021 and just prior to count one of the indictment in this matter, Mr. Rissi's mother passed away; she had suffered a stroke and had dementia. (PSR ¶¶ 52.)

## B. The Nature and Circumstances of the Offense

Mr. Rissi pled guilty to Counts One and Three of the indictment charging Mr. Rissi with one violation each of 18 U.S.C. § 875(c) Interstate Threat, each Class D offenses. [Dkt. 3] Mr. Rissi admitted that on two occasions he placed phone calls from Iowa to Arizona where he left a threatening message on each occasion. [Dkt. 30] Those messages were left for Arizona public officials. Id.

The first phone call took place on September 27, 2021. Id. This call took place soon after Mr. Rissi's return from Florida after the passing of his mother. Mr. Rissi had traveled to Florida and stayed for approximately ten to twelve days while his mother's death was imminent and ultimately took place. During that time, and in his weakened emotional state, Mr. Rissi was inundated with misinformation and exaggerations regarding the election process in Arizona. In addition, he had individuals pushing false theories regarding the administration of the election process in Arizona. Prior to his mother's death he was spending considerable time with her at her hospice care facility in Palm Beach and was not getting much sleep.

Upon his return to Iowa after his mother's death, he continued to see and hear misinformation and fabrications regarding the administration of the election in Arizona. At the time, Mr. Rissi believed the information to be true. During his depression regarding the death of his mother, the multiple deaths of his family since 2017, his pain ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, his lack of sleep, and his mental state ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ he resorted to leaving the two messages that he plead guilty to on this matter. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

He was having difficulty sleeping and he describes himself as "out of sorts" due to his pain and the death of his mother.

Mr. Rissi has taken full responsibility for his actions and has not made excuses for his conduct. When he was contacted by the FBI at his home in Iowa, he made it clear that he had no intention to carry out any threats, go to Arizona, or harm anyone in anyway. Mr. Rissi is remorseful for his actions and stated that it was a horrible thing to call someone and make threats against others. (PSR ¶21.) Mr. Rissi stated that there is no excuse for what he did, and had he been in his right state of mind, he would have never engaged in the conduct. <u>Id.</u> Mr. Rissi has no criminal history (PSR ¶¶ 46-47) and to date has been fully compliant while on Pretrial release. [Dkt. 37]

### C. The Seriousness of the Offense, Just Punishment, and Respect for the Law

The Court may vary from the applicable guidelines based upon the sentencing factors enumerated in 18 U.S.C. §3553(a), for the reasons enumerated in the memorandum including the need to avoid unwarranted sentencing disparities among similarly situated individuals. Counsel on behalf of Mr. Rissi is requesting a variance from the advisory guideline range in order to promote sentencing parity. As a result, a term of Twelve months plus one day of imprisonment would be appropriate for this case. The requested sentence taken as a whole, will reflect the seriousness of the offense, promote respect for the law, provide just punishment, protects the public,

will deter future criminal conduct, and provides necessary correctional treatment.

**RESPECTFULLY SUBMITTED** Tuesday, August 8th, 2023.

                                     **KNOWLES LAW FIRM, PLC**

By:    /s/ Anthony J. Knowles
        Anthony J. Knowles, State Bar #019161
        **KNOWLES LAW FIRM, PLC**
        2852 S. Carriage Lane
        Mesa, Arizona 85202
        Telephone: (480) 247-6366
        *Attorney for the Defendant*

## MAIL CERTIFICATE

I HEREBY CERTIFY THAT ON THE EIGHTH DAY OF AUGUST 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

THE HONORABLE JUDGE DOMINIC W. LANZA
UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 621
401 WEST WASHINGTON STREET, SPC 46
PHOENIX, ARIZONA 85003-2120

ASST U.S. ATTORNEY SEAN K. LOKEY
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1800
PHOENIX, AZ 85004-4408
SEAN.LOKEY@USDOJ.GOV

ATTORNEY TANYA SENANAYAKE
U.S. DEPARTMENT OF JUSTICE
1331 F STREET NW
WASHINGTON, DC 20005
TANYA.SENANAYAKE@USDOJ.GOV

BY: ANTHONY J. KNOWLES

/s/ Anthony J. Knowles